

ATTORNEYS AT LAW

225 LIBERTY STREET, 28TH FLOOR  NEW YORK, NY  10281-1008

*www.sedgwicklaw.com*   **212.422.0202**  *phone*   **212.422.0925**  *fax*

*212.898.5524*
*charles.kaplan@sedgwicklaw.com*

November 7, 2012

U.S. Magistrate Judge E. Thomas Boyle
U.S. District Court
100 Federal Plaza
Central Islip, New York  11722

Re:  Bellone v. Nassau Radiologic Group, P.C.
     <u>12 CV 03548 (SJF)(ETB)</u>

Dear Judge Boyle:

We are counsel to Defendant NRAD Medical Associates, P.C. (incorrectly sued as Nassau Radiologic Group, P.C.) in the above-referenced action.  We write to confirm that, as your Magistrate Clerical advised us by telephone, the initial scheduling conference that you set for 10:00 a.m. on November 9, 2012, in your July 25, 2012 Order, has been adjourned without date.  We understand that the parties will instead attend an Initial Conference at 11:00 a.m. on November 27, 2012 before Judge Feuerstein, who has replaced Judge Seybert in this action.

Respectfully submitted,

<u>/s/ Charles H. Kaplan</u>
Charles H. Kaplan (CK-5801)
Partner
Sedgwick LLP

cc:     Peter A. Romero, Esq.

NY/1123805v1