

ATTORNEYS AT LAW
225 LIBERTY STREET, 28TH FLOOR  NEW YORK, NY  10281-1008

www.sedgwicklaw.com   212.422.0202 *phone*   212.422.0925 *fax*

*Charles H. Kaplan*
*212.898.5524*
*charles.kaplan@sedgwicklaw.com*

February 4, 2013

Hon. Sandra J. Feuerstein, U.S.D.J.
United States District Court for the
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re:   *Bellone v. Nassau Radiologic Group, P.C. et al.*
      12 CV 03548 (SJF)(ETB)
      Adjournment of 11:15 A.M., February 5, 2013 Status Conference

Dear Judge Feuerstein:

We are counsel to Defendant NRAD Medical Associates, P.C. (incorrectly sued as Nassau Radiologic Group, P.C.) in the above-referenced action. We write to confirm that, as we informed Case Manager Bryan Morabito by telephone this afternoon, the parties have reached a tentative settlement of this action. Accordingly, as the Case Manager advised us, and upon the request and consent of counsel for all parties, we understand that the Court will adjourn the status conference that Your Honor set for 11:15 A.M. tomorrow, Tuesday, February 5, 2013, to 11:15 A.M. on Tuesday, March 5, 2013.

The parties expect to submit to the Court a Stipulation Of Dismissal With Prejudice of the action before March 5. Because this case involves claims under the Fair Labor Standards Act, the parties will request the Court's approval of their settlement.

We are submitting this letter as the Case Manager directed. Thank you very much.

Respectfully submitted,


/s/ Charles H. Kaplan
Charles H. Kaplan (CK-5801)
Partner
Sedgwick LLP


cc:   Peter A. Romero, Esq.


NY/1245307v1